Byron CREWS, Petitioner–Appellant,

v.

George GALAZA, Warden; Cal Terhune, Director, Respondents–Appellees.

No. 00–56143.

D.C. No. CV–10217–ABC.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Nov. 9, 2001.

Decided Dec. 6, 2001.

Before BRIGHT,* KOZINSKI and W. FLETCHER, Circuit Judges.

## MEMORANDUM **

Assuming that Crews's petition is timely under AEDPA, we conclude that the search was constitutional because "a reasonably prudent man in the [surrounding] circumstances would be warranted in the belief that his safety or that of others was in danger." *United States v. $109,179 in United States Currency*, 228 F.3d 1080, 1086 (9th Cir.2000) (quoting *Terry v. Ohio*, 392 U.S. 1, 27, 88 S.Ct. 1868, 20 L.Ed.2d 889 (1968)). Therefore, the California Su-

---

* The Honorable Myron H. Bright, Senior Circuit Judge for the Eighth Circuit, sitting by designation.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

preme Court's denial of habeas relief was not "contrary to ... clearly established Federal law, as determined by the Supreme Court." 28 U.S.C. § 2254(d). Nor was it "based on an unreasonable determination of the facts in light of the evidence presented at the State court proceeding." *Id.*

**AFFIRMED.**

1. The docket sheet incorrectly spells Appellee's name as "Cohen."

[*] This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.